# Court of Appeals
# of the State of Georgia

ATLANTA,    March 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0268.  ANATOLE EKIKONE MBE v. THE STATE.**

In January of 2012, Anatole Ekikone Mbe pled guilty to forgery in the second degree and obstruction of an officer.  Mbe filed a motion to vacate, set aside, or correct his sentence in the Supreme Court, which transferred Mbe's application for discretionary appeal to the case to this Court.  Upon transfer to this Court, Mbe filed his "Petition Challenging a Judgment of Conviction Violating the 4th Amendment under the Exclusionary Rule."  However, nothing in the application materials show that Mbe sought or was denied such relief below.

In the absence of a ruling by the trial court, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).  To the extent Mbe is asking this Court to rule on the validity of his plea, we note that we are a court for the correction of errors, and we cannot consider issues which were not raised below and ruled on by the trial court. See *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009).  Moreover, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case, and any appeal from an order denying such a motion must be dismissed." See *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).

As the applicant, Mbe bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Given the dearth of information he provided with his application, we are unable to assume jurisdiction. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."). Accordingly, as Mbe has provided

nothing for us to review, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* <u>03/20/2013</u>
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*